UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Khamphiane Khounthy,<br><br>  Petitioner,<br><br>  v.<br><br>Antone Moniz, Field Office Director Patricia Hyde, Acting Director Todd Lyons, and Secretary of DHS Kristi Noem<br><br>  Respondents. | Civil Action No. 1:25-cv-11436-FDS |

## STATUS REPORT

Respondents provide the following Status Report as to Petitioner's detention location as directed by this Court's Order. Doc. No. 4.

The U.S Immigration and Customs Enforcement Detainee Locator website reflects that Petitioner is currently detained at the Port Isabel Service Detention Center. This Center is located at 27991 Buena Vista Blvd., Los Fresnos, TX 78566.

                                                Respectfully submitted,

                                                LEAH B. FOLEY
                                                United States Attorney

Dated: May 21, 2025         By:    */s/ Mark Sauter*
                                                    Mark Sauter
                                                    Assistant United States Attorney
                                                    United States Attorney's Office
                                                    1 Courthouse Way, Suite 9200
                                                    Boston, MA 02210
                                                    Tel.:(617) 748-3347
                                                    Email: mark.sauter@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, Mark Sauter, Assistant United States Attorney, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated: May 21, 2025                    By:    */s/ Mark Sauter*
                                                      Mark Sauter
                                                      Assistant United States Attorney