UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Khamphiane Khounthy**,<br><br>Petitioner,<br>vs.<br><br>**Antone Moniz**, Superintendent, Plymouth County Correctional Facility; **Patricia Hyde**, Acting Field Office Director, Boston, U.S Immigration and Customs Enforcement; **Todd Lyons**, Acting Director, U.S. Immigration and Customs Enforcement; **Kristi Noem**, Secretary, U.S. Department of Homeland Security<br><br>Respondents. | Case No: 1:25-cv-11436-FDS |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action dismiss this action without prejudice, with each party bearing its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| **PETITIONER KHAMPHIANE KHOUNTHY**<br><br>By his attorney,<br><br>*/s/ Claire Maguire*<br><br>Claire Maguire<br>BBO # 709426<br>Northeast Justice Center<br>181 Union Street<br>Suite 201b<br>Lynn, MA 01901 | **RESPONDENTS ANTONE MONIZ, PATRICIA HYDE, TODD LYONS, and KRISTI NOEM**<br><br>By their attorney,<br><br>LEAH B. FOLEY<br>United States Attorney<br><br>*/s/ Mark Sauter*[1]<br><br>Mark Sauter |

---

[1] Electronically signed and filed with consent provided by e-mail on May 23, 2025.

1

| | |
|---|---|
| (978) 888-0661 | Assistant United States Attorney |
| cmaguire@njc-ma.org | United States Attorney's Office |
| | John J. Moakley U.S. Courthouse |
| | 1 Courthouse Way, Suite 9200 |
| | Boston, MA 02210 |
| | (617) 748-3347 |
| | Mark.Sauter@usdoj.gov |

Date: May 23, 2025

## CERTIFICATE OF SERVICE

I, Claire Maguire, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). I am not aware of any non-registered participant.

*/s/ Claire Maguire*

Date: May 23, 2025